**DISMISS and Opinion Filed February 27, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-18-01221-CV**

**SHUMONE BURNETT, Appellant**
**V.**
**DIRECT ACCESS CAPITAL HOLDINGS, Appellee**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-18-04771-E**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Whitehill, and Justice Molberg
Opinion by Chief Justice Burns

When appellant failed to provide the required documentation or correspond with the Court about the status of the reporter's record, we ordered this appeal submitted without the reporter's record and ordered appellant to file her brief by January 19, 2019. When she did not file her brief by that date, we cautioned her, by postcard dated January 23, 2019, that the failure to file the brief by February 4, 2019 would result in the dismissal of this appeal. *See* TEX. R. APP. P. 38.8(a)(1). To date, appellant has not filed her brief nor has she corresponded with the Court regarding this appeal.

Accordingly, we dismiss the appeal. *See id.* 38.8(a)(1); 42.3(b),(c).

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

181221F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

SHUMONE BURNETT, Appellant

No. 05-18-01221-CV          V.

DIRECT ACCESS CAPITAL
HOLDINGS, Appellee

On Appeal from the County Court at Law
No. 5, Dallas County, Texas
Trial Court Cause No. CC-18-04771-E.
Opinion delivered by Chief Justice Burns.
Justices Whitehill and Molberg
participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee DIRECT ACCESS CAPITAL HOLDINGS recover its costs of this appeal from appellant SHUMONE BURNETT.

Judgment entered February 27, 2019